**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MARCO GARCIA,

          Plaintiff - Appellant,

   v.

U.S. SECRETARY OF HEALTH &
HUMAN SERVICES,

          Defendant - Appellee.

No. 12-55057

D.C. No. 2:10-cv-08820-PA-RZ

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted October 10, 2013[**]
Pasadena, California

Before: PAEZ and HURWITZ, Circuit Judges, and ERICKSON, Chief District
Judge.[***]

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

    [***]    The Honorable Ralph R. Erickson, Chief District Judge for the U.S.
District Court for the District of North Dakota, sitting by designation.

Marco Garcia appeals a district court judgment upholding a Medicare recoupment determination by the Secretary of Health and Human Services. We have jurisdiction under 28 U.S.C. § 1291 and affirm.

**1.** Substantial evidence supports the Secretary's conclusion that Garcia was a Medicare "provider." Garcia applied for and obtained a six-digit Medicare billing Provider Identification Number, bills were processed under this PIN, and Medicare payment checks were made out in Garcia's name.

**2.** Substantial evidence also supports the Secretary's conclusion that Garcia is not entitled to a liability waiver. *See* 42 U.S.C. § 1395pp(a). The Secretary also reasonably found that Garcia did not act "without fault." *See* 42 U.S.C. § 1395gg(b)(1).

**3.** Garcia waived any argument that the Secretary denied him due process by not raising it below. *Malhiot v. S. Cal. Retail Clerks Union*, 735 F.2d 1133, 1137 (9th Cir. 1984).

**AFFIRMED**.